# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIRAM HECHEVERRIA,<br><br>　　　　Defendant. | Case No. 2:00-CR-00018-KJD<br><br>**Order Granting<br>Motion to Dismiss the Indictment<br>Without Prejudice and Quash Arrest<br>Warrant** |

　　　Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment [ECF 1] and quashes the Arrest Warrant against Defendant HIRAM HECHEVERRIA.

　　　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　*/s/ Susan Cushman*
　　　　　　　　　　　　　　　　　　　SUSAN CUSHMAN
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　Leave of Court is granted for the filing of the above dismissal.

　　　DATED this <u>16th</u> day of February, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE